U.S. DISTRICT COURT
WESTERN DISTRICT of LOUISIANA
RECEIVED - ALEXANDRIA

APR 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT MCGUIRE** | **CIVIL ACTION NO. 06-2178** |
| VS. | JUDGE DRELL |
| **CORRECTIONS CORPORATION OF AMERICA, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's claims **against Defendants Louisiana State University Medical Center and E.A. Conway Medical Center** be and are hereby **DISMISSED**, *sua sponte*, under 28 U.S.C. §1915(e)(2)(B)(ii) for failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 11th day of April, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE