UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT McGUIRE** | **CIVIL ACTION NO. 06-2178-A** |
| -vs- | **JUDGE DRELL** |
| **CORRECTIONS CORPORATION OF AMERICA, et al.** | **MAGISTRATE JUDGE KIRK** |

### O R D E R

The Report and Recommendation is not adopted. The magistrate judge is directed to obtain petitioner's entire prison medical records and to determine, by evidentiary hearing or otherwise, whether (1) a surgical procedure was, in fact, recommended by petitioner's outside physician and (2) whether Corrections Corporation of America did or did not deny that request either through withholding of the prescribed device or by corporate denial. If these facts cannot be developed, then the suit shall be ordered served and will proceed in regular fashion.

SIGNED on this 29th day of October, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge