

RECEIVED

SEP 02 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| ROBERT McGUIRE | CIVIL ACTION NO. 1:06-02178 |
| -vs- | JUDGE DRELL |
| CORRECTIONS CORP. OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

---

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Document No. 75) concerning Plaintiff's Motion for Summary Judgment (Document No. 58). For the reasons contained in the Report and Recommendation, and after an independent (de novo) review of the record, including the objections filed herein, the Report and Recommendation is ADOPTED IN PART, as explained below.

The record does contain adequate information to support the Magistrate Judge's determination that Defendants have shown genuine issues of material fact sufficient to preclude summary judgment at this point in the case. Therefore, Plaintiff's Motion for Summary Judgment will be denied.

The Magistrate Judge also recommends dismissal with prejudice of Plaintiff's claims against eleven of the defendants by way of a *sua sponte*

summary judgment. Plaintiff, who was previously proceeding *pro se*, is now represented by counsel, whose objections to the Report and Recommendation clearly show the need for the review of additional medical records before this case could be in a proper summary judgment posture. Thus, the recommendation for *sua sponte* dismissal with prejudice will not be adopted.

Finally, the Magistrate Judge recommends that the four named defendants upon whom service has not yet been effected be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). However, in his written objections (Document No. 77), Plaintiff has established good cause for the lack of service. Under such circumstances, Rule 4(m) provides that the Court "must extend the time for service for an appropriate period." Therefore, the recommendation for dismissal without prejudice of the unserved defendants will also not be adopted. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Document No. 58) is DENIED.

IT IS FURTHER ORDERED that the remainder of the Report and Recommendation is NOT ADOPTED, and Plaintiff is given **until October 1, 2010** to effect service on Mr. Keith, Dr. Rodriguez, LPN Mauterer, and Officer Perot. If service is not completed on those individuals by that time, they will be dismissed without prejudice, absent contrary orders from this Court.

IT IS FURTHER ORDERED that the parties comply with all requirements of Civil Case Management Order No. 1 (Document No. 38) **on or before November 1, 2010.**

SIGNED on this 2nd day of September, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE